ERRATA

ABB, Inc. v. United States, Consol. Court No. 16-00054, Confidential Slip Op. 17-138, dated October 10, 2017.

Page 9: On line 1 of footnote 7, replace "[[21]]" with "21"

Page 11: On line 1 of footnote 9, replace "[[4 and 21]]" with "4 and 21"

Page 15: On line 1 of footnote 10, replace "[[4 and 21]]" with "4 and 21"

Page 15: On line 2 of footnote 10, replace "[[4]]" with "4"

Page 15: On line 1 of footnote 11, replace "[[4]]" with "4"

Page 17: On line 4 of footnote 13, replace "[[4 and 21]]" with "4 and 21"

Page 17: On line 12 of footnote 13, replace "[[4 and 21]]" with "4 and 21"

October 18, 2017