ERRATA

*ABB Inc. v. United States*, Consol. Court No. 16-cv-00054, Confidential Slip Op. 18-156, dated November 13, 2018

Page 13: On line 1 of footnote 13, replace "[[five]]" with "five"

Page 13: On line 2 of footnote 13, replace "[[1, 8, 11, 14, and 27]]" with "1, 8, 11, 14, and 27"

Page 13: On line 3 of footnote 13, replace "[[ 1]]" with "1"

Page 13: In footnote 14, replace "[[8, 11, 14, and 27]]" with "8, 11, 14, and 27"

Page 14: On line 2 of footnote 15, replace "[[14]]" with "14"

Page 19: On line 1 through line 2 of footnote 18, replace "[[purchase order and invoice included separate line items for services, such as freight]]" with "purchase order and invoice included separate line items for services, such as freight"

Page 19: On line 2 through line 3 of footnote 18, replace "[[separately listed revenue in the gross unit price]]" with "separately listed revenue in the gross unit price"

Page 20: On line 1 of footnote 19, replace "[[three of the five]]" with "three of the five"

Page 20: On line 2 of footnote 19, replace "[[8]]" with "8"

Page 20: On line 3 through line 4 of footnote 19, replace "[[ocean freight, inland freight, and technical field supervision]]" with "ocean freight, inland freight, and technical field supervision"

Page 20: On line 7 of footnote 19, replace "[[11]]" with "11"

Page 20: On line 8 of footnote 19, replace "[[customs and duties, supervision and delay delivery charges]]" with "customs and duties, supervision and delay delivery charges"

Page 20: On line 10 of footnote 19, replace "[[14]]" with "14"

Page 20: On line 11 through line 12 of footnote 19, replace "[[customs and duties, supervision, and delay delivery fees]]" with "customs and duties, supervision, and delay delivery fees"

Page 21: On line 1 of footnote 20, replace "[[27]]" with "27"

Page 21: On line 1 of footnote 21, replace "[[14]]" with "14"

Page 21: On line 2 of footnote 21, replace "[[ocean freight, inland freight, customs and duties, and supervision]]" with "ocean freight, inland freight, customs and duties, and supervision"

Page 21: On line 3 through line 4 of footnote 21, replace "[[customs and duties, supervision, and delay delivery fees]]" with "customs and duties, supervision, and delay delivery fees"

Page 21: On line 6 of footnote 21, replace "[[ocean freight and inland freight]]" with "ocean freight and inland freight"

Page 24: On line 2 of footnote 22, replace "[[14]]" with "14"

Page 24: On line 7 of footnote 22, replace "[[ocean freight and inland freight]]" with "ocean freight and inland freight"

Page 24: On line 8 of footnote 22, replace "[[14]]" with "14"

Page 25: On line 1 of footnote 23, replace "[[27]]" with "27"

Page 25: On line 1 of footnote 23, replace "[[ocean and inland freight]]" with "ocean and inland freight"

Page 25: On line 2 of footnote 23, replace "[[14]]" with "14"

Page 28: On line 7 of footnote 25, replace "[[11]]" with "11"

Page 30: On line 2 of the first paragraph, replace "[[27]]" with "27"

Page 30: On line 2 through line 3 of the first paragraph, replace "[[ocean and inland freight]]" with "ocean and inland freight"

Page 30: On line 3 of the first paragraph, replace "[[14]]" with "14"

November 21, 2018